NY2d 1072 [1996]). Instead, the victims merely testified that defendant accosted them and commenced firing.

We have considered and rejected defendant's remaining claims, including his other contentions regarding his sentences. Concur—Tom, J.P., Sullivan, Lerner, Gonzalez and Catterson, JJ.

■ Andrea White et al., Appellants, v Associates Leasing, Inc., et al., Respondents. [782 NYS2d 914]—

Order, Supreme Court, Bronx County (Nelson Roman, J.), entered August 11, 2003, which granted defendants' motion for an extension of time to conduct physical examinations of plaintiffs, unanimously affirmed, without costs.

The motion was properly granted after plaintiffs' filing of a note of issue, and notwithstanding defendants' failure to meet the deadlines set in prior conference orders, where defendants required additional medical authorizations and plaintiffs were not prejudiced by the short delay (see Smith v Mousa, 305 AD2d 313 [2003]). Concur—Tom, J.P., Sullivan, Lerner, Gonzalez and Catterson, JJ.

■ In the Matter of the Application of Michael L. Leavitt (Admitted as Michael Louis Leavitt), a Suspended Attorney. [784 NYS2d 851]—Application for reinstatement as an attorney and counselor-at-law in the State of New York granted only to the extent of referring this matter to a hearing panel for a hearing and report, as indicated. No opinion. Concur—Nardelli, J.P., Andrias, Saxe, Williams and Friedman, JJ.

■ In the Matter of Harvey Rivera, a Disbarred Attorney. [784 NYS2d 852]—Application for reinstatement as an attorney and counselor-at-law in the State of New York granted only to the extent of referring this matter to a hearing panel for a hearing and report, as indicated. No opinion. Concur—Tom, J.P., Andrias, Sullivan, Williams and Catterson, JJ.

(October 28, 2004)

■ The People of the State of New York, Respondent, v Richard Hernandez, Appellant. [783 NYS2d 45]—